United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-14412-amc
Andrew C. Boney                                                 Chapter 13
Andrew C. Boney
        Debtors              CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa                Page 1 of 2           Date Rcvd: Jul 23, 2018
                              Form ID: 309I             Total Noticed: 35


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 25, 2018.
db             +Andrew C. Boney,    MAILING ADDRESS,    PO Box 62,    Point Pleasant, Pa 18950-0062
db              Andrew C. Boney,    7344 Swagger Road,    Point Pleasant, PA  18950
14159786       +Andrew C. Boney,    PO Box 62,    Point Pleasant, PA 18950-0062
14159787       +Ar Resources Inc,    1777 Sentry Pkwy W,    Blue Bell, PA 19422-2206
14159789       +Bayview Loan Servicing LLC,    PO Box 650091,    Dallas, TX 75265-0091
14159790      #+Bradley Wilson,    3744 Swetland Dr.,    Doylestown, PA 18902-9082
14159791        Cfs2 Inc,    2488 E 84st St Ste 500,    Tulsa, OK 74137
14159792       +Charles Nicholls,    2894 NE 27th Street,    Fort Lauderdale, FL 33306-1913
14159794       +Eastern Account System INC.,    Attn: Bankruptcy Dept.,    PO Box 837,    Newtown, CT 06470-0837
14159795       +EdFinancial Services,    Attn: Bankruptcy Department,    298 N Seven Oaks Dr,
                 Knoxville, TN 37922-2369
14159796       +Expo/cbsd,    Citicards Private Label-Bankruptcy,    PO Box 20483,    Kansas City, MO 64195-0483
14159797      ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,    SUITE 300,    IRVING TX 75038-2231
               (address filed with court: First Horizon Home Loans,    Attn: Bankruptcy,    4000 Horizon Way,
                 Irving, TX 75063)
14159798       +John L. McClain and Associates,    PO Box 123,    Narberth, PA 19072-0123
14159799       +KML Law Group, PC,    701 Market Street,    Philadelphia, PA 19106-1538
14159800        Laboratory Corporation of America,    PO Box 2240,    Burlington, N. Carolina 27216-2240
14159803      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,    350 Highland Dr,
                 Lewisville, TX 75067)
14159804       +PECO,    PO Box 37629,    Philadelphia, PA 19101-0629
14159806       +Remex Inc,    Attn: Bankruptcy,    307 Wall St.,    Princeton, NJ 08540-1515
14159809        Stellar Rec,    1327 Highway 2 Wes,    Kalispell, MT 59901
14159810        Stellar Recovery Inc,    1327 Highway 2 Wes,    Kalispell, MT 59901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: aaamcclain@aol.com Jul 24 2018 02:20:16     JOHN L. MCCLAIN,
                 John L. McClain and Associates,    P.O. Box 123,    Narberth, PA  19072-0123
tr             +E-mail/Text: bncnotice@ph13trustee.com Jul 24 2018 02:21:35     WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg             E-mail/Text: megan.harper@phila.gov Jul 24 2018 02:21:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 24 2018 02:20:40
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 24 2018 02:21:04     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 24 2018 02:20:54     United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
14159785       +EDI: RMCB.COM Jul 24 2018 06:18:00      Amca/American Medical Coll Agency,    Attn: Bankruptcy,
                 PO Box 160,    Elmsford, NY 10523-0160
14159788        EDI: BANKAMER.COM Jul 24 2018 06:18:00      Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,    Greensboro, NC 27410
14159793        EDI: CITICORP.COM Jul 24 2018 06:18:00      Citibank Usa,
                 Citicorp Credit Services/Attn:Centralize,    PO Box 20507,    Kansas City, MO 64195
14159801       +EDI: MID8.COM Jul 24 2018 06:18:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
14159802       +E-mail/Text: Bankruptcies@nragroup.com Jul 24 2018 02:21:43     National Recovery Agency,
                 Attn: Bankruptcy,    PO Box 67015,    Harrisburg, PA 17106-7015
14159932       +EDI: PRA.COM Jul 24 2018 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
14159805       +E-mail/Text: nod.referrals@fedphe.com Jul 24 2018 02:20:27     Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,    Philadelphia, PA 19103-1814
14159807       +EDI: DRIV.COM Jul 24 2018 06:18:00      Santander Consumer USA,    PO Box 961245,
                 Ft Worth, TX 76161-0244
14159808       +EDI: SEARS.COM Jul 24 2018 06:18:00      Sears/cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
                                                                                               TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Jul 23, 2018
                              Form ID: 309I           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2018 at the address(es) listed below:
```
              JOHN L. MCCLAIN    on behalf of Debtor Andrew C. Boney aaamcclain@aol.com, edpabankcourt@aol.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                 TOTAL: 3
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Andrew C. Boney** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2785** <br> EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Andrew C. Boney** <br> First Name  Middle Name  Last Name | Social Security number or ITIN **xxx–xx–2785** <br> EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | Date case filed for chapter **13**  **7/1/18** |
| Case number:  **18–14412–amc** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                       12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Andrew C. Boney | Andrew C. Boney |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7344 Swagger Road <br> Point Pleasant, PA 18950 | MAILING ADDRESS <br> PO Box 62 <br> Point Pleasant, Pa 18950 |
| 4. | **Debtor's attorney** <br> Name and address | JOHN L. MCCLAIN <br> John L. McClain and Associates <br> P.O. Box 123 <br> Narberth, PA 19072–0123 | Contact phone 215–893–9357 <br><br> Email:  aaamcclain@aol.com |
| 5. | **Bankruptcy trustee** <br> Name and address | WILLIAM C. MILLER, Esq. <br> Chapter 13 Trustee <br> P.O. Box 1229 <br> Philadelphia, PA 19105 | Contact phone 215–627–1377 <br><br> Email:  ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street <br> Suite 400 <br> Philadelphia, PA 19107 | Hours open: <br> Philadelphia Office –– 8:30 A.M. to 5:00 P.M <br> Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (215)408–2800 <br><br> Date: 7/23/18 |

**For more information, see page 2**

Debtor  **Andrew C. Boney**  and  **Andrew C. Boney**                                                                                           Case number **18–14412–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 22, 2018 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 10/21/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 9/9/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/28/18** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $800.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**10/2/18** at **10:00 AM** , Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |