# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Andrew C. Boney <br>     Debtor(s) <br><br> Bayview Loan Servicing, LLC, its successors and/or assigns <br>     Movant <br>  vs. <br> Andrew C. Boney <br>     Debtor(s) <br><br> William C. Miller Esq. <br>     Trustee | CHAPTER 13 <br><br> NO. 18-14412 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Bayview Loan Servicing, LLC, which was filed with the Court on or about **September 6, 2018, Docket Number 13**.

                Respectfully submitted,

              By: **/s/ Kevin G. McDonald, Esquire**
                Kevin G. McDonald, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                215-627-1322
                Attorney for Movant/Applicant

September 10, 2019