United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14412-amc
Andrew C. Boney                                                           Chapter 13
Andrew C. Boney
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 2                    Date Rcvd: Jul 22, 2020
                             Form ID: pdf900        Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2020.
```
db              +Andrew C. Boney,    MAILING ADDRESS,   PO Box 62,   Point Pleasant, Pa 18950-0062
db               Andrew C. Boney,    7344 Swagger Road,   Point Pleasant, PA  18950
14159786        +Andrew C. Boney,    PO Box 62,   Point Pleasant, PA 18950-0062
14159787        +Ar Resources Inc,    1777 Sentry Pkwy W,   Blue Bell, PA 19422-2206
14159788        ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
                 (address filed with court: Bank Of America,    Attention: Recovery Department,
                 4161 Peidmont Pkwy.,   Greensboro, NC 27410)
14159789        +Bayview Loan Servicing LLC,   PO Box 650091,   Dallas, TX 75265-0091
14159793        ++CITIBANK,   PO BOX 790034,   ST LOUIS MO 63179-0034
                 (address filed with court: Citibank Usa,    Citicorp Credit Services/Attn:Centralize,
                 PO Box 20507,   Kansas City, MO 64195)
14159791         Cfs2 Inc,    2488 E 84st St Ste 500,   Tulsa, OK 74137
14159792        +Charles Nicholls,    2894 NE 27th Street,   Fort Lauderdale, FL 33306-1913
14159794        +Eastern Account System INC.,    Attn: Bankruptcy Dept.,   Newtown, CT 06470-0837
14159795        +EdFinancial Services,    Attn: Bankruptcy Department,   298 N Seven Oaks Dr,
                 Knoxville, TN 37922-2369
14179813        +Edfinancial on behalf of US Dept. of Education,   120 N. Seven Oaks Dr.,
                 Knoxville, TN 37922-2359
14159796        +Expo/cbsd,   Citicards Private Label-Bankruptcy,    PO Box 20483,   Kansas City, MO 64195-0483
14159797        ++FIRST HORIZON HOME LOANS,    6363 N STATE HWY 161,   SUITE 300,   IRVING TX 75038-2231
                 (address filed with court: First Horizon Home Loans,    Attn: Bankruptcy,   4000 Horizon Way,
                 Irving, TX 75063)
14159798        +John L. McClain and Associates,    PO Box 123,   Narberth, PA 19072-0123
14159799        +KML Law Group, PC,    701 Market Street,   Philadelphia, PA 19106-1538
14171271        +Kevin G. McDonald, Esquire,    Thomas Puleo, Esquire,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
14159800        +Laboratory Corporation of America,    PO Box 2240,   Burlington, N. Carolina 27216-2240
14159803        ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
                 (address filed with court: Nationstar Mortgage LLC,    Attn: Bankruptcy,   350 Highland Dr,
                 Lewisville, TX 75067)
14159806        +Remex Inc,   Attn: Bankruptcy,    307 Wall St.,   Princeton, NJ 08540-1515
14159807        +Santander Consumer USA,    PO Box 961245,   Ft Worth, TX 76161-0244
14169750        +Santander Consumer USA, Inc.,    P.O. Box 961245,   Fort Worth, TX 76161-0244
14159808        +Sears/cbna,    Po Box 6189,   Sioux Falls, SD 57117-6189
14159809         Stellar Rec,    1327 Highway 2 Wes,   Kalispell, MT 59901
14159810         Stellar Recovery Inc,    1327 Highway 2 Wes,   Kalispell, MT 59901
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: megan.harper@phila.gov Jul 23 2020 04:44:02    City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 23 2020 04:43:48
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 23 2020 04:44:00     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              +E-mail/PDF: gecsedi@recoverycorp.com Jul 23 2020 04:59:35    Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14159785        +E-mail/Text: bkrpt@retrievalmasters.com Jul 23 2020 04:43:53
                 Amca/American Medical Coll Agency,    Attn: Bankruptcy,   PO Box 160,   Elmsford, NY 10523-0160
14180884         E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2020 04:58:06
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
14192817         E-mail/Text: bkmailbayview@bayviewloanservicing.com Jul 23 2020 04:44:00
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd,   5th Floor, BK Dept,
                 Coral Gables, FL 33146-1873
14159801        +E-mail/Text: bankruptcydpt@mcmcg.com Jul 23 2020 04:43:54    Midland Funding,
                 8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
14159802        +E-mail/Text: Bankruptcies@nragroup.com Jul 23 2020 04:44:09    National Recovery Agency,
                 Attn: Bankruptcy,   PO Box 67015,   Harrisburg, PA 17106-7015
14159804        +E-mail/Text: bankruptcygroup@peco-energy.com Jul 23 2020 04:43:45     PECO,   PO Box 37629,
                 Philadelphia, PA 19101-0629
14159932        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 23 2020 04:58:46
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14159805        +E-mail/Text: nod.referrals@fedphe.com Jul 23 2020 04:43:41     Phelan, Hallinan & Schmieg, LLP,
                 1617 JFK Boulevard, Ste 1400,   Philadelphia, PA 19103-1814
                                                                                      TOTAL: 12
```

```
District/off: 0313-2        User: DonnaR           Page 2 of 2            Date Rcvd: Jul 22, 2020
                           Form ID: pdf900         Total Noticed: 37
```

```
          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14159790      ##+Bradley Wilson,   3744 Swetland Dr.,   Doylestown, PA 18902-9082
                                                                    TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2020                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 22, 2020 at the address(es) listed below:
```
          JOHN L. MCCLAIN    on behalf of Debtor Andrew C. Boney aaamcclain@aol.com,  edpabankcourt@aol.com
          KEVIN G. MCDONALD    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                    TOTAL: 5
```

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          Chapter 13
ANDREW C BONEY


                    Debtor                      Bankruptcy No. 18-14412-AMC


# O R D E R

  **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.

  Dated: July 21 2020          _____
                                          Ashely M. Chan
                                          Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
JOHN L. M CCLAIN
JOHN L M CCLAIN AND ASSOCIATES
PO BOX 123
NARBERTH, PA 19072-


Debtor:
ANDREW C BONEY

PO BOX 62

POINT PLEASANT, PA 18950